UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRY LLOYD,

                Plaintiff,

  v.

PENNY L. KINGSTON, et al.,

                Defendant.

C20-5287-TSZ-JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, to which no objection was filed, the Court does hereby ORDER:

(1) The Report and Recommendation, docket no. 16, is ADOPTED;

(2) Larry Lloyd's motion for voluntary dismissal, docket no. 15, is granted, and this case is DISMISSED without prejudice.

(3) Mr. Lloyd's motion, docket no. 1, and second motion, docket no. 11, for leave to proceed *in forma pauperis*, are STRICKEN as moot.

(4) The Clerk is DIRECTED to close this case and to send a copy of this Order to Mr. Lloyd and to Magistrate Judge Creatura.

**DATED** this 12th day of November, 2020.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1